November 8, 1943. Dismissed on motion of counsel for the petitioner. *Mr. John O. Collins* for petitioner.

No. 329. UNITED STATES *v.* BERKE CAKE CO., INC., ET AL.

December 20, 1943. Dismissed on motion of counsel for the appellant. *Solicitor General Fahy, Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Oscar A. Provost* and *Harold M. Kennedy,* and *Miss Beatrice Rosenberg* for the United States. *Messrs. Charles E. Scribner* and *Mark Hyman* for appellees.

No. 213. TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL. See *ante,* p. 716.

No. —, original, October Term, 1942. EX PARTE EDWARD J. BORAH. October 11, 1943. The application for writ of certiorari is also denied. 318 U. S. 745.

No. 2, October Term, 1942. SCHNEIDERMAN *v.* UNITED STATES. October 11, 1943. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.